COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-012-CR

KIMBERLY ASHLEY STEVENS       APPELLANT 

V.

THE STATE OF TEXAS STATE

----------

FROM CRIMINAL
 DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the appellant’s “Motion To Dismiss Appeal” and the State’s “Agreed Motion For Expedited Mandate.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See id.;
 Tex. R. App
. P.
 43.2(f).  Upon agreement of the parties, the mandate will issue immediately.  
See id.
 18.1(C)
.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and MCCOY, JJ.

DO NOT PUBLISH

Tex. R. App
. P. 
47.2(b)

DELIVERED: April 23, 2009 

FOOTNOTES
1:
See
 
Tex. R. App
. P.
 47.4.